IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2022 DEC 13 A 9:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Johnson Lonnie
_____
Plaintiff(s),

v.

Auburn University Credit Union,
_____
Defendant(s).

CIVIL ACTION NO. 3:22-cv-00699-RAH-CWB

JURY DEMAND (MARK ONE)

☐ YES   ☑ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 4103 Ford Cir Tuskegee AL 36083  334-233-4965 — 334-439-9184

2. Name and address of defendant(s): Auburn University Credit Union, 334-844-4120

3. Place of alleged violation of civil rights: Auburn University Credit Union,

4. Date of alleged violation of civil rights: June 27, 2019. upon

5. State the facts on which you base your allegation that your constitutional rights have been violated: when woke back in all seen people running to hide my money and I asked the manager and she looked at me funny when I'm looking at the camera looking at her hind the money and ran out the back door

1

TS 12/12/2022

6.   Relief requested: <u>and now I'm still getting of put some</u>
<u>cream on there</u>
_____
_____
_____
_____
_____
_____
_____

Date: 12-12-22

_____
Plaintiff(s) Signature

2

Lonnie Johnson
4103 Ford Cir
Tuskegee AL 36083

MONTGOMERY AL 360

12 DEC 2022 PM 2 L



Office of the clerk
United States District Court
Middle District of Alabama
1 church street, suite B-110
Montgomery, AL 36104-4018

36104-401801