IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LONNIE JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:22-cv-699-RAH-CWB |
| | ) |
| AUBURN UNIVERSITY | ) |
| CREDIT UNION, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Plaintiff commenced this action on December 13, 2022. (Doc. 1). Along with his *pro se* Complaint, Plaintiff also filed a motion for leave to proceed *in forma pauperis*. (Doc. 2). Pursuant to 28 U.S.C. § 636, United States District Judge R. Austin Huffaker, Jr. then referred proceedings to the Magistrate Judge "for consideration and disposition or recommendation on all pretrial matters as may be appropriate." (Doc. 3). Having reviewed the record, the undersigned hereby **ORDERS** that the motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

Although Plaintiff is being permitted to move foward without prepayment of fees and costs, *in forma pauperis* status is not without constraint. Plaintiff still may incur various litigation expenses. For example, Plaintiff may compel the attendance of witnesses at trial only by tendering to each witness payment of a one-day witness fee plus mileage. Moreover, certain costs normally are assessed against the losing party and can be substantial. If Plaintiff ultimately loses on the underlying claims, he thus may be charged with (and obligated to pay) all court costs despite his *in forma pauperis* status.

1

Finally, under 28 U.S.C. § 1915(e), the court is bound to dismiss this action if it determines at any time that the action is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." *See* 28 U.S.C. § 1915(e)(2)(B)(i) – (iii). To that end, the clerk of court is hereby **DIRECTED** to defer service of process on the defendant pending the court's threshold § 1915(e) review.

If the Complaint survives § 1915(e) review, the defendant will be served with a summons and a copy of the Complaint, and allowed a period of time to file an answer or motion to dismiss in accordance with Rule 12 of the Federal Rules of Civil Procedure. If any such Rule 12 motion is denied, the parties must next meet and formulate a proposed schedule for discovery and overall disposition of the acition—after which the court will enter a formal scheduling order. *See* Fed. R. Civ. P. 16 & 26(f). The parties would then be entitled to a period of discovery and an opportunity to file dispositive motions, *e.g.*, motions for summary judgment. Fed. R. Civ. P. 56. If any claims remain pending thereafter, a pretrial hearing will be held in advance of trial.[1]

No additional action is required from Plaintiff at this time. A decision on the court's § 1915(e) review will be rendered in due course, and Plaintiff will be informed of any action taken.

DONE this the 14th day of December 2022.

_____
CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is encouraged to review the section about "representing yourself" on the court's website – http://www.almd.uscourts.gov. The Federal Rules of Civil Procedure, the Local Rules for the Middle District of Alabama, and forms/instructions are also available on the website.