IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LONNIE JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:22-CV-699-RAH |
| AUBURN UNIVERSITY CREDIT UNION, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

On November 21, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 6.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 6) is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE, on this the 10th day of January 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE